**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,**<br><br>            **Plaintiff,**<br><br>       vs.<br><br>**AURORA MUNOZ BRINGAS, DAVID HERRERA, and JOSE HERRERA,**<br><br>            **Defendants.** | **Case No.: 12-CV-3673 YGR**<br><br>**ORDER GRANTING MOTION OF PLAINTIFF TO REMAND; DENYING REQUEST FOR ATTORNEYS' FEES; AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

This case was removed from the Superior Court for the County of San Mateo where it was pending as an unlawful detainer action against Jose Herrera, Aurora Munoz Bringas and David Herrera. *Pro se* Defendant Jose Herrera removed this action pursuant to 28 U.S.C. § 1441 invoking this Court's federal question jurisdiction under 28 U.S.C. § 1331 on the basis that he intends to raise a defense under the Protecting Tenants from Foreclosure Act ("PTFA"), 12 U.S.C. §§ 5201 *et seq.*

Plaintiff has filed a motion to remand on the grounds that Defendant has failed to establish the existence of federal subject matter jurisdiction. Defendant did not file an opposition.

The Court **GRANTS** the motion for remand because no federal question is presented in this action.[1]

The complaint asserts only one state law claim for unlawful detainer. Thus, there is no federal question. A defense under the PTFA does not establish a basis for federal jurisdiction. *Caterpillar*

---
[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that this motion is appropriate for decision without oral argument.

*Inc. v. Williams*, 482 U.S. 386 (1987) (under the "well-pleaded complaint" rule, a case may not be removed on the basis of a federal defense).  Finally, the amount in controversy does not meet the jurisdictional threshold of $75,000.00 for diversity jurisdiction.  Accordingly, this action must be remanded.

Plaintiff's Motion to Remand (Dkt. No. 8) is **GRANTED**.  Plaintiff's Request for Attorneys' Fees is **DENIED**.

Defendant's Application to Proceed *in Forma Pauperis* (Dkt. No. 2) is **DENIED AS MOOT**.

The Clerk of the Court is directed to **REMAND** this action to the San Mateo County Superior Court.

This Order terminates Dkt. Nos. 2 & 8.

**IT IS SO ORDERED**.

**Date: November 2, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**